# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RASHINA YOUNG,          *
         *
         Plaintiff,          *
v.          *
         *      No. 3:11-cv-00070-JJV
MICHAEL J. ASTRUE, Commissioner,          *
Social Security Administration,          *
         *
         Defendant.          *

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that the Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 12th day of March, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE